MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
tratosm@gtlaw.com
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
rabeb@gtlaw.com
JACOB LANGSNER, ESQ.
Nevada Bar No. 17085
jacob.langsner@gtlaw.com
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*Counsel for Plaintiffs*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr. Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VLADIMIR KUSH, an individual; KUSH FINE ARTS LAS VEGAS, INC., a Nevada corporation, and KUSH FINE ART LTD., a Hawaii Corporation;<br><br>Plaintiffs,<br><br>v.<br><br>PIXELS.COM, LLC, an Illinois limited liability company; and FRANCHISE CONCEPTS, INC., a Delaware corporation;<br><br>Defendants. | Case No.: 2:26-cv-01435-JCM-BNW<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>**FIRST REQUEST** |

It is hereby **STIPULATED AND AGREED** between Plaintiffs Vladimir Kush, Kush Fine Arts Las Vegas, Inc., and Kush Fine Art LTD (collectively "Plaintiffs") and Defendants Pixels.com, LLC and Franchise Concepts, Inc. (collectively "Defendants"), by and through their undersigned counsel, that Plaintiffs will have an additional 14 days to file its responses in opposition to Defendants' motions to dismiss ("Motions"), up to and including October 12, 2026.

Defendants' Motions were filed on September 14, 2026 (ECF No.'s 12 and 14). Plaintiffs' opposition to the Motions is currently due on September 28, 2026. The parties stipulate to extend

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr. Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Plaintiffs' deadline to oppose the Motions by two weeks to October 12, 2026. This extension is requested due to prescheduled travel and work-related obligations of Plaintiffs' counsel, rendering Plaintiffs' attorneys partially unavailable during the original timeframe for response. Given that there are two lengthy, separate, and substantively different motions, responding within the standard timeframe will be very difficult given Plaintiffs' counsels' schedule.

This is the first request for an extension of time to file the responses, and it is filed in good faith and not for purposes of undue delay.

DATED this 22nd day of September, 2026.

**GREENBERG TRAURIG, LLP**

*/s/ Bethany L. Rabe*
MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
JACOB LANGSNER, ESQ.
Nevada Bar No. 17085
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Counsel for Plaintiffs*

**HOWARD & HOWARD**

*/s/ Joanna M. Myers*
JOANNA M. MYERS, ESQ.
Nevada Bar No. 12048
3800 Howard Hughes Pkwy, Suite 1000
Las Vegas, NV 89169

*Counsel for Defendants*

IT IS SO ORDERED.

James C. Mahan
UNITED STATES DISTRICT JUDGE

Date: September 22, 2026



ACTIVE 728781727v1