Bruce B. Paul (*Pro Hac Vice*)
Kentucky Bar No.
McBrayer, PLLC
500 West Jefferson Street, Suite 2400
Louisville, Kentucky 40202
T: 502-327-5400
Email: bpaul@mcbrayerfirm.com

Joanna M. Myers
Nevada Bar No.
Howard & Howard
3800 Howard Hughes Pkwy, Ste 100
Las Vegas, NV 89169
Email: jmm@h2law.com

*Attorneys for Pixels.com and Franchise Concepts, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VLADIMIR KUSH, an individual; KUSH FINE ARTS LAS VEGAS, INC., a Nevada Corporation, and KUSH FINE ART LTD., a Hawaii Corporation;<br><br>Plaintiffs,<br>vs.<br><br>PIXELS.COM, LLC, an Illinois Limited Liability Company; and FRANCHISE CONCEPTS, INC., a Delaware corporation;<br><br>Defendants. | No. 2:26-cv-01435-JCM-BNW<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTIONS TO DISMISS**<br><br>**FIRST REQUEST** |

It is hereby STIPULATED AND AGREED between Plaintiffs Vladimir Kush, Kush Fine Arts Las Vegas, Inc., and Kush Fine Art LTD (collectively "Plaintiffs") and Defendants Pixels.com, LLC and Franchise Concepts, Inc. (collectively "Defendants"), by and through their undersigned counsel, that Defendants will have an additional 7 days to file their replies in support of their respective motions to dismiss (ECF Nos. 12 and 14, collectively, the "Motions"), up to and including October 26, 2026.

Plaintiffs' responses to the Motions were filed on October 12, 2026 (ECF Nos. 22 and 23). Defendants' replies in support of their Motions are currently due on October 19, 2026. The parties stipulate to extend Defendants' deadline to reply to Plaintiffs' Responses by seven (7) days to October 26, 2026.

This extension is requested, and good cause exists, due to pre-existing work-related obligations of Defendants' counsel, rendering Defendants' attorneys partially unavailable during the original timeframe for response. Given that there are two lengthy, separate, and substantively different motions, preparing replies within the standard timeframe is very difficult given Defendants' counsels' schedule.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This is the first request for an extension of time to file the replies, and it is filed in good faith and not for purposes of undue delay.

DATED: October 15, 2026

*/s/ Bethany L. Rabe*
Mark G. Tratos
Bethany L. Rabe
Jacob Langsner
Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Counsel for Plaintiffs*

*/s/ Joanna M. Myers*
Bruce B. Paul
Mari-Elise Paul
McBRAYER PLLC
500 W. Jefferson Street, Suite 2400
Louisville, KY 40202
Phone: (502) 327-5400
Facsimile: (502) 327-5444
Email: bpaul@mcbrayerfirm.com
mpaul@mcbrayerfirm.com

Joanna M. Myers, Esq.
Nevada Bar No. 12048
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: jmm@h2law.com
*Counsel for Defendants*

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Date: October 15, 2026